IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 11-cv-02489-CMA-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: July 20, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

PGH INVESTMENT, L.P.,   Dean Elliot Richardson

    Plaintiff,

v.

COLORADO GROUP REALTY, LLC., *et al*.,

George Roger Bock
Kenneth L. Levinson
Daniel Ray McCune
Gwen M. Rogers

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   STATUS CONFERENCE**
**Court in Session:   10:03 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the plaintiff's AMENDED COMPLAINT Verified Third Amended Complaint for Direct and Derivative Reiief [*sic*] and Jury Demand against Jill Brabec, Colorado Realty Group, LLC, Randall Hannaway, Holloway, Brabec & Karet, P.C., (Docket No. 38, filed on 7/15/2012) and the defendant's MOTION to Strike #38 Amended Complaint (Docket No. 43, filed on 7/19/2012).

Discussion between the court and Mr. Richardson regarding these filings, Rule 15(a) pertaining to amending the complaint, Rule 12 pertaining to responses, Rule 16(b)(1)(b) pertaining to amending the scheduling order, Rule 16(b) pertaining to the good cause standard, and the purpose of extending the deadline to amend.

Discussion between the court, Mr. Richardson, and Mr. McCune regarding the statute of

limitations, possibly needing to retake depositions, discovery, Rule 804 and depositions, and Rule 6(b)(1) pertaining to motions to extend time.

For reasons as stated on the record,

**ORDERED:**  The court **STRIKES without prejudice** the plaintiff's AMENDED COMPLAINT Verified Third Amended Complaint for Direct and Derivative Reiief [*sic*] and Jury Demand against Jill Brabec, Colorado Realty Group, LLC, Randall Hannaway, Holloway, Brabec & Karet, P.C., (Docket No. 38, filed on 7/15/2012).

**ORDERED:**  The court **FINDS AS MOOT** the defendant's MOTION to Strike #38 Amended Complaint (Docket No. 43, filed on 7/19/2012).

The court cites related case law pertaining to the filing of motions for leave to amend. Discussion regarding the impact that filing an amended complaint will have on the progress of the case.

HEARING CONCLUDED.

**Court in recess:**     **10:33 a.m.**
Total time in court:    00:30

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.