IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 11-cv-02489-CMA-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: August 20, 2012** | Courtroom Deputy: Julie Dynes |

*Parties:*                                                *Counsel:*

PGH INVESTMENT, L.P.,                 Eric B. Liebman
                                                     Dean E. Richardson

     Plaintiff,

v.

COLORADO GROUP REALTY, LLC., *et al*.,       G. Roger Bock
                                                     Kenneth L. Levinson
                                                     Daniel Ray McCune

     Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in Session: 1:28 p.m.**
Court calls case. Appearances of counsel.

Argument and discussion held on [47] Plaintiff's Motion for Leave to Amend Scheduling Order.

For reasons as stated on the record,

**ORDERED:**   The Court DENIES [47] Plaintiff's Motion for Leave to Amend Scheduling Order to allow PGH to amend the complaint. Discovery deadline extended for 30 days for expert and Ms. Brabec to be deposed. Oral Motion from G. Roger Bock and Kenneth Levinson for Extension of Response Deadline to Motion for Summary Judgment is GRANTED. Deadline extended 14 days**.**

The Court will write a recommendation on [35] Motion to Dismiss for Failure to Join an Indispensable Party.

HEARING CONCLUDED.

**Court in recess: 3:52 p.m.**
Total time in court:    02:24

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.