IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-2489-CMA-CBS

PGH INVESTMENT, L.P., a Virginia limited partnership, in its own capacity and as assignee of WILTON DEVELOPMENT OF STEAMBOAT, LLC, a Virginia limited liability company, and suing derivatively on behalf of WILTON DEVELOPMENT OF STEAMBOAT, LLC, a Virginia limited liability company,

Plaintiff,

COLORADO GROUP REALTY, LLC, a Colorado limited liability company,
RANDALL HANNAWAY, an individual,
HOLLOWAY, BRABEC & KARET, P.C., a Colorado professional corporation being sued derivatively, and JILL BRABEC, an individual being sued derivatively,

Defendants.

## NOTICE OF SETTLEMENT

Defendants Holloway, Brabec & Karet, P.C. and Jill Brabec, by counsel, Daniel R. McCune and Gwen Rogers of Kennedy Childs P.C., respectfully notify the Court as follows:

1.      Plaintiff PGH Investment, L.P., purports to bring its claims against Holloway, Brabec & Karet, P.C. and Jill Brabec ("Brabec") derivatively on behalf of Wilton Development of Steamboat, LLC ("WDS").

2.      On September 6, 2012, Brabec settled with WDS.

Respectfully submitted this 6th day of September, 2012.

*s/ Gwen M. Rogers*

Daniel R. McCune
Gwen Rogers
KENNEDY CHILDS P.C.
633 17th Street, Suite 2200
Denver, Colorado 80202
(303) 825-2700
(303) 825-0434 FAX
dmccune@kennedychilds.com
grogers@kennedychilds.com

*Attorneys for Defendants Holloway, Brabec & Karet, P.C. and Jill Brabec*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of September, 2012, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Eric B. Liebman, Esq.
Shannon M. Bell, Esq.
Dean E. Richardson, Esq.
MOYE WHITE LLP
1400 16th St., 6th Floor
Denver, CO 80202-1486
eric.liebman@moyewhite.com
shannon.bell@moyewhite.com
dean.richardson@moyewhite.com

Douglas R. Tueller, Esq.
Ryan D. Mousel, Esq.
TUELLER & ASSOCIATES, P.C.
307 E. Colorado Ave., Suite 201
Telluride, CO 81435-3153
weaselesq@tuellerlaw.com
rmousel@tuellerlaw.com

G. Roger Bock, Esq.
FRASCONA, JOINER, GOODMAN & GREENSTEIN, P.C.
4750 Table Mesa Dr.
Boulder, CO 80305-5541
roger@frascona.com

Kenneth L. Levinson, Esq.
BALABAN, LEVINSON & COSTIGAN, P.C.
1745 Lafayette St.
Denver, CO 80218-1116
kll@ballev.com

*s/ DeAnn Jungers*