**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02489-CMA-CBS

PGH INVESTMENT, L.P., a Virginia limited partnership, in its own capacity and
  as Assignee of Wilton Development of steamboat, LLC, a Virginia limited liability
  company,

   Plaintiff,

v.

COLORADO REALTY GROUP, LLC, a Colorado limited liability company,
RANDALL HANNAWAY, an individual,
HOLLOWAY, BRABEC & KARET, P.C., a Colorado professional corporation,
  being sued derivatively, and
JILL BRABEC, an individual being sued derivatively,

   Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANTS
HOLLOWAY, BRABEC & KARET, P.C. AND JILL BRABEC**

---

This matter is before the Court on the HBK Defendants' Motion to Dismiss With Prejudice (Doc. # 77). The Court has reviewed the Motion and ORDERS as follows:

Defendants Holloway, Brabec & Karet, P.C. and Jill Brabec are hereby DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Holloway, Brabec & Karet, P.C. and Jill Brabec as Defendants in this case.

   DATED: September __13__, 2012

                                                              BY THE COURT:

                                                              _/s/ Christine M. Arguello_
                                                              _____
                                                              CHRISTINE M. ARGUELLO
                                                              United States District Judge