IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 11-cv-02489-CMA-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: September 14, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

PGH INVESTMENT, L.P.,   Eric B. Liebman

   Plaintiff,

v.

COLORADO GROUP REALTY, LLC., *et al.*,   Gwen M. Rogers
George Roger Bock *(appearing by telephone)*
Kenneth L. Levinson *(appearing by telephone)*
Daniel Ray McCune *(appearing by telephone)*

   Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   STATUS CONFERENCE**
**Court in Session:   10:01 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the defendant's NOTICE of Settlement (Docket No. 76, filed on 9/6/2012) and Judge Christine M. Arguello's ORDER granting #77 Motion to Dismiss (Docket No. 81, filed on 9/13/2012).

Mr. Liebman addresses the court regarding the defendant's MOTION to Dismiss with Prejudice Based on Settlement (Docket No. 77, filed on 9/11/2012) and Judge Christine M. Arguello's ORDER granting #77 Motion to Dismiss (Docket No. 81, filed on 9/13/2012).

The court addresses the parties regarding the defendant's MOTION to Dismiss for Failure to Join an Indispensable Party (Docket No. 35, filed on 7/6/2012) and the defendant's Unopposed MOTION for Extension of Time to Designate Non-Parties At Fault (Docket No. 69, filed on 8/22/2012).

**ORDERED:** The court **DENIES AS MOOT** the defendant's MOTION to Dismiss for Failure to Join an Indispensable Party (Docket No. 35, filed on 7/6/2012).  The court **DENIES AS MOOT** the defendant's Unopposed MOTION for Extension of Time to Designate Non-Parties At Fault (Docket No. 69, filed on 8/22/2012).

Discussion regarding the filing of a motion for reconsideration.

HEARING CONCLUDED.

**Court in recess:**     **10:09 a.m.**
Total time in court:    00:08

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.