**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02489-CMA-CBS

PGH INVESTMENT, L.P., a Virginia limited partnership, in its own capacity and
   as Assignee of Wilton Development of steamboat, LLC, a Virginia limited liability
   company,

      Plaintiff,

v.

COLORADO REALTY GROUP, LLC, a Colorado lilmited liability company, and
RANDALL HANNAWAY, an individual,

      Defendants.

---

### ORDER TO STAY PROCEEDINGS FOR TWO WEEKS

---

      This matter is before the Court on the parties' Joint Motion to Stay Court Proceedings for Two Weeks (Doc. # 111).  The Court, having reviewed the Motion and the record in this case, hereby ORDERS as follows:

      The parties' Motion to Stay Court Proceedings for Two Weeks (Doc. # 111) is GRANTED, and this case shall be stayed to and including December 27, 2012.  Plaintiff's response to Defendants' Motion to Strike Late Certificate of Review is now due on or before Thursday, December 27, 2012.  Additionally, the time for Plaintiff to file its own motion to strike has been tolled since Defendants' Motion to Strike was filed on October 16, 2012, and will continue until December 27, 2012.

      DATED:  December __17__, 2012

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge