**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02489-CMA-CBS

PGH INVESTMENT, L.P., a Virginia limited partnership, in its own capacity and as Assignee of Wilton Development of steamboat, LLC, a Virginia limited liability company,

    Plaintiff,

v.

COLORADO REALTY GROUP, LLC, a Colorado limited liability company, and RANDALL HANNAWAY, an individual,

    Defendants.

## ORDER TO STAY PROCEEDINGS FOR TWO WEEKS

This matter is before the Court on the parties' Joint Motion to Stay Court Proceedings for Two Weeks (Doc. # 113). The Court, having reviewed the Motion and the record in this case, hereby ORDERS as follows:

The parties' Motion to Stay Court Proceedings for Two Weeks (Doc. # 113) is GRANTED, and this case shall be stayed to and including January 10, 2013.

DATED: December __28__, 2012

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge