**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02489-CMA-CBS

PGH INVESTMENT, L.P., a Virginia limited partnership, in its own capacity and
   as Assignee of Wilton Development of steamboat, LLC, a Virginia limited liability
   company,

   Plaintiff,

v.

COLORADO REALTY GROUP, LLC, a Colorado lilmited liability company, and
RANDALL HANNAWAY, an individual,

   Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the

Stipulation of Dismissal (Doc. # 116) signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

his or  its own attorney fees and costs.  It is

FURTHER ORDERED that the Final Trial Preparation Conference, set for May

10, 2013, and the two-week Jury Trial, set to commence May 28, 2013, are VACATED.

DATED:  January   22  , 2013

BY THE COURT:

_Christine M Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Court Judge